

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00810-CV

**IN RE** Michael Ray **MANGUM**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori Massey Brissette, Justice
              Velia J. Meza, Justice (dissenting without opinion)

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; TEMPORARY STAY LIFTED

Relator filed his petition for writ of mandamus and emergency motion for stay on December 15, 2025. On December 19, 2025, we granted the motion for stay and requested that the real party in interest and respondent file their responses, if any. The real party in interest has filed their response. Having considered the arguments of the parties and record provided, we conclude that relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. The stay issued on December 19, 2025 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-0084-CIV, styled *Roxana Ruiz Emiliano v. Michael Ray Mangum*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Sid L. Harle presiding.